# Agnew & Morrison

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
The parties' request to amend the summary
judgment briefing schedule is GRANTED.  The
deadlines shall be those outlined by the
parties below.

SO ORDERED.

Dated: February 13, 2025
```

February 13, 2025

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.

**VIA ECF**

**Re: <u>Feola v. Mueller, et al.</u>,** 23-cv-3393 (LAP)

Dear Judge Preska:

    Our office represents the Plaintiff, Stephanie Feola, as executrix of the Estate of Elvio Feola, deceased. I write to request an amendment to the summary judgment briefing schedule this Court just entered in this case. (Dkt. No. 110.) Yesterday, February 12, I filed a letter motion setting forth the incorrect agreed dates for the proposed summary judgment briefing schedule in this case. This was 100% my oversight and an unintentional error on my part.

    Accordingly, the parties respectfully request that the summary judgment briefing schedule in this matter be amended to the below-**agreed dates**:

**Summary Judgment Moving Papers**: currently July 11, 2025, to **July 18, 2025**

**Opposition Papers Due**: currently August 8, 2025, to **August 15, 2025**

**Reply Papers Due**: currently September 5, 2025, to **September 12, 2025**

    I apologize for my oversight and error, and I thank this Court in advance for its understanding. Mea culpa.

Very truly yours,

*/s/ Josh Morrison*

---

*New York Office*    (312) 206-8185    josh@ajagnew.com    *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                                       36 Page Hill Road
New York, NY 10011                                                                             Far Hills, NJ 07931