UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD DIGGS,

                    Plaintiff,

-against-

ALBERT ACRISH, et al.,

                    Defendants.

No. 23-CV-7149 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that counsel — in the above-captioned action and in the cases listed below — are directed to appear telephonically for a Conference on April 29, 2026, at 10:00 am.

The dial in is 1-855-244-8681, the access code is 231-900-63202.

The Clerk of the Court shall docket this order in each of the cases listed below:

1. Diggs v. Acrish, et al., 23-cv-7149;

2. Feola v. Mueller, et al., 23-cv-3393;

3. Lindemann v. Sullivan-Davachi, 24-cv-6028;

4. Lorandos v. Corigliano, 23-cv-7369;

5. Pine v. Hammer, et al., 23-cv-7148;

6. Rhodes v. Hammer, et al., 23-cv-9490; and

7. Windley v. Hammer, et al., 23-cv-7151.

**SO ORDERED.**

Dated:      April 15, 2026
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

2