# Law Office of Amy Jane Agnew, PC

Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

February 13, 2025

**VIA ECF**

**Re:** Feola v. Mueller, et al., 23-cv-3393
Lorandos v. Mueller, 23-cv-7369
Pine v. Hammer, 23-cv-7148
Windley v. Hammer, 23-cv-7151

Dear Judge Preska:

I write to respectfully request an extension of time to file Plaintiffs' opposition papers in the above-referenced cases. Oppositions are currently due April 27, 2026, however, I have, and will be, out of the office for a series of unexpected medical procedures. Defendants' counsel has graciously agreed to an extension until June 1, 2026 as I anticipate being back in the office full time May 21, 2026. I would be grateful for the Court's courtesy.

The April 16, 2026, request for a filing extension in the above-captioned cases until June 1, 2026, is GRANTED. The Clerk of the Court shall close: 1) docket number 142 in 23-cv-3393; 2) docket number 108 in 23-cv-7369; 3) docket number 100 in 23-cv-7148; and 4) docket number 117 in 23-cv-7151.
**SO ORDERED.**

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

_____
Loretta A. Preska, U.S.D.J.
April 20, 2026

---