**SO ORDERED.**   The Clerk of Court shall close: docket number 144 in 23-cv-3393; docket number 102 in 23-cv-7148; docket number 117 in 23-cv-7149; docket number 119 in 23-cv-7151; docket number 110 in 23-cv-7369; docket number 73 in 23-cv-9490; and docket number 40 in 24-cv-6028.

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
June 1, 2026

## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 31, 2026

**VIA ECF**

**Re:**

| | |
|---|---|
| Feola v. Mueller, 23-cv-3393 | Pine v. Hammer, 23-cv-7148 |
| Lorandos v. Mueller, 23-cv-7369 | Windley v. Hammer, 23-cv-7151 |
| Lindemann v. Sullivan-Davachi, 23-cv-6028 | Diggs v. Dinello, 23-cv-7149 |
| Rhodes v. Hammer, 23-cv-9490 | |

Dear Judge Preska:

The above listed cases are the last of the Allen I related cases before this Court. Defendants filed the last suite of summary judgment motions last week. Because Defendants only filed one motion last week for the three remaining cases, Plaintiffs respectfully request permission to file oppositions for the five remaining summary judgment motions on June 15, 2026. The courtesy will allow this office to file one last omnibus motion instead of two and, we hope, will streamline the briefing for the Court and allow more time before the Court's September deadline. Plaintiffs respectfully request leave to file one omnibus brief of no more than 75 pages in opposition to the Feola, Pine, Lorandos, Windley, and Diggs motions. Defendants have graciously agreed to this request.

Motions for summary judgment were not filed in the Rhodes and Lindemann cases and we would respectfully request the Court refer those cases to Chief Magistrate Judge Sarah Netburn for settlement purposes.

We are, as always, grateful for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*